360 A.2d 669
Commonwealth v. Heckrote, Appellant.

Argued June 15, 1976.   Charles B. Coleman, with him Jerome R. Smith, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, with him Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 627
Commonwealth v. Hightower, Appellant.

Argued June 22, 1976.   Jack J. Bulkin, with him Pressman and Lipsky, for appellant;  Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.